UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESTÉE LAUDER INC.
and CLINIQUE LABORATORIES, LLC,

                    Plaintiffs,

          v.

PREFERRED FRAGRANCE, INC.,
EIZRIEL POLATSEK A/K/A EZRIEL POLATSEK
CVS, INC., CVS PHARMACY, INC., CVS
CAREMARK CORP., FAMILY DOLLAR STORES,
INC., AND JOHN DOES 1-10,

                    Defendants.

08 CV 5333 (SPZ 220)

---

STATE OF NEW YORK    )
                                  )s.s.:
COUNTY OF NEW YORK  )

      I Michael G. Kessler, being duly sworn, deposes and says:

I am not a party to this action, am over the age of eighteen years of age and maintain an office at 45 Rockefeller Plaza, New York, NY. On June 11, 2008 at approximately 2:15 PM, I served a copy of the Summons in a Civil Case-Case Number 08-Civ 5333, Individual Practices of Judge Francis dated October 10, 2007, Individual Rules and Procedures effective February 27, 2008, Electronic Case Filing Rules & Instructions dated May 28, 2008 and Complaint-Case Number 08-Civ-5333 on the defendants named Izriel Polatsek and Preferred Fragrance, Inc. by leaving a true copy of the documents with defendant Izriel Polatsek personally; deponent knew the person so served to be the person described as the defendant therein as he identified herself as Izriel Polatsek, the defendant and acknowledged he was the owner of Perferred Fragrances, Inc.

The description of the person upon whom service was made is as follows:
sex: male; skin color: white; approximate age: 34 - 46; approximate weight: 165 - 185 pounds;

approximate height: 5'8" – 5'10". Defendant wore Hasidic clothing and when he accepted the court filings responded "No problem, No problem."

_____
Michael G. Kessler

Sworn to before me
this 13 day of June 2008

KELLY MATTMULLER
Notary Public - State of New York
No. 01MA6104672
Qualified in Suffolk County
Commission Expires Jan. 26, ~~2008~~ 2012