IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTÉE LAUDER INC.<br>And CLINIQUE LABORATORIES, LLC<br><br>**Plaintiff,**<br><br>v.<br><br>PREFERRED FRAGRANCE, INC.<br>IZRIEL POLATSEK A/K/A EZRIEL POLATSEK,<br>CVS, INC., CVS PHARMACY, INC., CVS<br>CAREMARK CORP., FAMILY DOLLAR<br>STORES INC., AND JOHN DOES 1-10,<br>Defendants. | Case No. 08 CIV 5333 |

### STIPULATION FOR EXTENSION OF TIME

The undersigned parties through counsel hereby stipulate that, subject to the Court's approval, the time for Defendants, Preferred Fragrance ("Preferred") and Ezriel Polatsek, ("Polatsek") to answer, move or otherwise respond to Plaintiff's Complaint in this matter shall be extended from June 30, 2008, to and including July 30, 2008.

Dated this 30th day of June, 2008.

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
Barbara A. Solomon
866 United Nations Plaza
New York, NY 10017
Tel: (212) 813-5900
Fax: (212) 813-5901
Attorneys for Plaintiffs
*Estée Lauder Inc. and Clinique Laboratories, Inc.*

ALSTON & BIRD LLP

By: _____
Robert E. Hanlon
90 Park Avenue
New York, NY 10016
Tel: (212) 210-9400
Fax: (212) 210-9444
Attorneys for Defendants
*Preferred Fragrance and Ezriel Polatsek*

**SO ORDERED:**

_____
Honorable
United States District Judge

7-8-08

LEGAL02/30865489v1