Barbara A. Solomon
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
Tel.: (212) 813-5900
Fax: (212) 813-5901
bsolomon@fzlz.com
*Attorneys for Plaintiffs*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 6 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ESTÉE LAUDER INC. and CLINIQUE
LABORATORIES, LLC,

               Plaintiffs,

  v.

PREFERRED FRAGRANCE, INC.,
IZRIEL POLATSEK A/K/A EZRIEL POLATSEK, CVS,
INC., CVS PHARMACY, INC., CVS CAREMARK
CORP., FAMILY DOLLAR STORES INC., and JOHN
DOES 1-10,

               Defendants.

------------------------------------------------------------------- x

Case No. 08 Civ. 5333 (LTS)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

PURSUANT to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties through their undersigned counsel stipulate to the dismissal with prejudice of the entire action with each party bearing its own costs and fees. The parties have executed a Confidential Settlement Agreement amongst themselves including mutual releases of all claims that were or could have been asserted in this action.

{F0401247.1}

Case 1:08-cv-05333-LTS   Document 13   Filed 01/21/2009   Page 2 of 2

Dated this 21st day of January, 2009.

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
Barbara A. Solomon
866 United Nations Plaza
New York, NY 10017
Tel: (212) 813-5900
Fax: (212) 813-5901
*Attorneys for Plaintiffs Estee Lauder Inc. and Clinique Laboratories, Inc.*

Dated this 20 day of January, 2009.

ALSTON & BIRD LLP

By: _____
Robert E. Hanlon
90 Park Avenue
New York, NY 10016
Tel: (212) 210-9400
Fax: (212) 210-9444
*Attorneys for Defendants Preferred Fragrance, Inc., Izriel Polatsek a/k/a Ezriel Polatsek, CVS, Inc., CVS Pharmacy, Inc., CVS Caremark Corp., and Family Dollar Stores Inc.*

_____ 1/23/2009
U.S.D.J.